R. H. PARDUE and Wife v. ROBERT GIVENS et al.

MOTION by plaintiff in Supreme Court, where the cause was pending, for a writ of *venditioni exponas* to issue for the purpose of selling the more valuable shares in a partition proceeding, which were charged with the payment of certain sums for owelty of partition.

*Mr. D. A. Covington*, for petitioner.
*Messrs. R. H. Battle* and *S. F. Mordecai, contra.*

*Per Curiam:* This case is governed by the decision in *Herman* v. *Watts*, 107 N. C., 646, and, therefore, let it be entered.

Motion denied.